UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICO NEWMAN                                          CIVIL ACTION

VERSUS                                              NO: 26-710

OUR LADY OF ANGELS                                  SECTION: "A"(3)
CORPORATION

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff Rico Newman's complaint in this matter is **DISMISSED WITH PREJUDICE** as duplicative and malicious.[1]

May 7, 2026

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] Newman filed a previous lawsuit, 25-2478, based on the same facts alleged in this case.